# Liebowitz Law Firm, PLLC
*Attorneys for the Photographic Arts*

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

November 27, 2017

Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: ***Reynolds v. Intermarkets, Inc. (1:17-cv-8795-AT)***

Dear Judge Torres,

We represent Plaintiff, Ray Reynolds, in the above in-captioned case. We respectfully request an extension until January 5, 2018 in light of the upcoming holidays to show cause why the action should not be transferred.

The Court's consideration is much appreciated.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Ray Reynolds*

