UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAY REYNOLDS<br><br>                      Plaintiff,<br><br>         v.<br><br>INTERMARKETS, INC.<br><br>                      Defendant. | NOTICE OF DISMISSAL OF CIVIL ACTION WITHOUT PREJUDICE (FRCP 41(a)(1)(A)(i))<br><br>Case No.: 1:17-cv-8795-AT |

      IT IS HEREBY NOTICED, that the above case, shall be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

*Richard Liebowitz*
_____
Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: *12-15-2017*
*Attorneys for Plaintiff Ray Reynolds*