```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAY REYNOLDS

     Plaintiff,

  v.

INTERMARKETS, INC.

     Defendant.

---

NOTICE OF DISMISSAL OF CIVIL ACTION WITHOUT PREJUDICE (FRCP 41(a)(1)(A)(i))

Case No.: 1:17-cv-8795-AT

  IT IS HEREBY NOTICED, that the above case, shall be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

*Richard Liebowitz*
_____
Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: 12-15-2017
*Attorneys for Plaintiff Ray Reynolds*

SO ORDERED.

Dated: December 18, 2017
   New York, New York

             _____
             ANALISA TORRES
             United States District Judge