AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.   DATE FILED | |

| PLAINTIFF | DEFENDANT |
|---|---|
| | |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Case 1:17-cv-08795-AT   Document 10-1   Filed 12/13/17   Page 1 of 2

# EXHIBIT A

Case 1:17-cv-08795-AT   Document 10-1   Filed 12/13/17   Page 1 of 2

Case 1:17-cv-08795-AT   Document 10-1   Filed 12/13/17   Page 2 of 8



# EXHIBIT B

Case 1:17-cv-08795-AT Document 1-2 Filed 11/13/17 Page 5 of 8

Skip to content

# NEWS**STAND** (/)



MARCH 30, 2017     POSTED IN ECONOMY (HTTP://NEWS.STANDUNITED.ORG/CATEGORY/ECONOMY/), GOVERNMENT REFORM (HTTP://NEWS.STANDUNITED.ORG/CATEGORY/GOVERNMENT-REFORM/)

## Melania and Barron Stay in NYC, Taxpayers Foot the Bill

Do you know how much you're paying so that First Lady Melania Trump can live in New York City? Secret Service costs to protect her and son Barron run at an estimated $500,000 per day (http://www.businessinsider.com/cost-of-protecting-trump-secret-service-2017-2).

After President Trump won the election in 2016, she opted to stay in New York until June (http://www.nydailynews.com/news/politics/melania-trump-stay-nyc-barron-finish-school-year-article-1.2881036) with Barron until he finishes his year at Columbia Grammar & Preparatory School. Then, the two plan to move into the White House.

The price tag for this arrangement – a million dollars every two days – has raised eyebrows. It runs contrary to President Trump's promises to cut wasteful federal spending. However, Melania has made it clear that she is not following the path set by other First Ladies.

Stephanie Winston Wolkoff, her senior adviser, assured (https://www.thebalance.com/current-u-s-federal-budget-deficit-3305783) the American people that, "Mrs. Trump is honored to serve this country and is taking the role and responsibilities of first lady very seriously… The first lady is going to go about her role in a pragmatic and thoughtful way that is unique and authentic to her."

### What do Americans think?


Few American taxpayers want to take on the added cost of the duo's security detail.

The NYPD estimates the added costs between $127,000 to $146,000 (http://www.syracuse.com/politics/index.ssf/2017/03/melania_trump_petition_move_ny_washington.html) a day. Taxpayers already floated a $24 million (http://thehill.com/blogs/blog-briefing-room/news/326356-petition-calls-for-melania-trump-to-move-to-white-house-or-pay) bill to protect the Trump family between Election Day and Inauguration Day.

Some liberal media outlets (https://www.washingtonpost.com/lifestyle/style/melania-trump-a-cipher-in-sky-high-stilettos/2017/03/27/bcb3c212-0900-11e7-a15f-a58d4a988474_story.html?utm_term=.675105341084), like the Washington Post, are livid at the situation: "Melania Trump is a virtual shut-in, her refuge 58 stories above Manhattan's hoi polloi and laden with enough gold to embarrass a Saudi prince." Other say she is prioritizing her role as a mother over her role as First Lady.

Do you think Melania is justified in spending our money to keep herself in New York City?

f   twitter   G+   0 SHARES

More articles you may be interested in


(http://news.standunited.org/well-know-celebrity-veterans/)

How Well Do You Know Celebrity Veterans? (http://news.standunited.org/well-know-celebrity-veterans/)

Privacy - Terms

Of all the men and women who have served in the U.S. Military, some went on to have careers in television, film, and music. StandUnited thanks all of our nation's veterans for their service to our country. Do you remember famous Americans who served? Test your knowledge here!

NOVEMBER 9, 2017

READ MORE (HTTP://NEWS.STANDUNITED.ORG/WELL-



(http://news.standunited.org/trump-south-korea-5-things-know/)

### Trump in South Korea: 6 Things to Know (http://news.standunited.org/trump-south-korea-5-things-know/)

President Trump landed in Korea last night as part of his 13-day tour of Asia. He met with South Korean President Moon Jae-in to discuss trade deals and national security. Here are 6 things you should know about the historic visit. "Do not underestimate us. Do not try us." President Trump issued a stern warning […]

NOVEMBER 8, 2017

READ MORE (HTTP://NEWS.STANDUNITED.ORG/TRUMP-

Privacy - Terms



(http://news.standunited.org/jane-doe-taxpayers-facilitate-abortion/)

## "Jane Doe," Illegal Immigrant, Gets Abortion (http://news.standunited.org/jane-doe-taxpayers-facilitate-abortion/)

Earlier this year, a 17-year-old undocumented immigrant crossed the United States-Mexico border. Authorities apprehended the girl, known only as Jane Doe, at the border. They brought her to a detention center that houses unaccompanied minors. At the center, Jane Doe underwent a medical exam and learned that she was pregnant. Many Americans would argue that [...]

NOVEMBER 7, 2017

READ MORE (HTTP://NEWS.STANDUNITED.ORG/JANE-DOE-

 (http://www.standunited.org/landing/?utm_source=ns&utm_medium=300x250&utm_campaign=300x250_house_ad_start_petition&utm_content=what_will_you_stand_up_for)



Enter Email

Privacy - Terms